Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
November 28, 2006

Clerk, United States District Court
for the Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois  60604

### IN RE: INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION  MDL-1792

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 10/25/06. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| **Ryan Sutherland V. InPhonic, Inc., et al.** | C.A. No. 1:06-3281 | C.A. No. 1:06-2023 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By_____
Katherine S. Snuffer
Trainer/Quality Control Specialist
(202) 354-3183

cc:   MDL Panel, Clerk
      Nancy Mayer-Whittington, Clerk
      Judge Ellen Segal Huvelle
      Gwen Franklin, Courtroom Clerk
      MDL Misc. Case No. 06-507